UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

JOSEPH G. CHILDRESS, *et al.*,

    Plaintiffs,

vs.

USAA GENERAL INDEMNITY COMPANY,

    Defendant.

Case No. 3:23-cv-322

District Judge Michael J. Newman

---

**ORDER: (1) CONFIRMING THE DISPOSITIVE MOTION DEADLINE IS AUGUST 30, 2024; (2) VACATING THE REMAINING PENDING DATES IN THE PRELIMINARY PRETRIAL CONFERENCE ORDER (Doc. No. 8); AND (3) REMINDING THE PARTIES AND COUNSEL THAT MEDIATION IS AVAILABLE WITH UNITED STATES MAGISTRATE JUDGE PETER B. SILVAIN, JR.**

---

Recently in this civil case, United States District Judge Thomas M. Rose recused himself and the case was randomly reassigned to the undersigned.  Doc. No. 14.  The case record reveals that the parties have completed discovery and, pursuant to the previously-entered Preliminary Pretrial Conference Order, motions for summary judgment are due by August 30, 2024.  Doc. No. 8.  The Court hereby **CONFIRMS** that deadline.  All other pending dates in the Preliminary Pretrial Conference Order (Doc. No. 8) are **VACATED**.  Following summary judgment review, the Court will set final pretrial conference and trial dates, if appropriate.

In the interest of judicial economy and to promote a just, speedy, and inexpensive resolution of this case, the parties and counsel are reminded that mediation is available with United States Magistrate Judge Peter B. Silvain, Jr.  If the parties decide to proceed to mediation, they may file a motion for referral of this case to Judge Silvain.

    **IT IS SO ORDERED**.

August 21, 2024

s/*Michael J. Newman*
Hon. Michael J. Newman
United States District Judge